UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:24-cr-57-VMC-AEP
18 U.S.C. § 922(g)(1)

ZACHARY RUGEN

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Possession of a Firearm or Ammunition by a Convicted Felon)**

On or about May 11, 2023, in the Middle District of Florida, the defendant,

ZACHARY RUGEN,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, that is, Leaving the Scene of an Accident, on or about May 13, 2013, did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, that is, a Walther model PPS semi-automatic pistol, and Browning ammunition, Federal ammunition, Speer ammunition, Fiocchi Munizioni ammunition, and Companhia Brasileira de Cartuchos S.A. ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## **FORFEITURES**

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: Walther model PPS semi-automatic pistol, and Browning ammunition, Federal ammunition, Speer ammunition, Fiocchi Munizioni ammunition, and Companhia Brasileira de Cartuchos S.A. ammunition.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: *(signature)*
Tiffany E. Fields
Assistant United States Attorney

By: *(signature)*
Rachelle DesVaux Bedke
Assistant United States Attorney
Chief, Economic Crimes Section

FORM OBD-34
February 24

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

ZACHARY RUGEN

## INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 14th day of February 2024.

_____
Clerk

Bail $_____

GPO 863 525